# United States Bankruptcy Court
## Southern District of Florida

In re Cheryl Dopp Debtor(s)

Case No. 26-18789-RAM
Chapter 13

## DECLARATION REGARDING PAYMENT ADVICES

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1)(E), and Local Rule 1007-1(c), the debtor declares as follows:

**Debtor:**

☐ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the debtor's social security number or individual taxpayer identification number deleted**—are attached.
________)

☐ No copies of payment advices or other evidence of payment are attached because the debtor did not receive any payment from any employer within 60 days before the petition was filed.

☒ No copies of payment advices or other evidence of payment are attached because the debtor:
- ☐ receives disability payments
- ☒ is unemployed and does not receive unemployment compensation
- ☐ receives social security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed because: ________

**Joint Debtor (if applicable):**

☐ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the joint debtor's social security number or individual taxpayer identification number deleted**—are attached.
________)

☐ No copies of payment advices or other evidence of payment are attached because the joint debtor did not receive any payment from any employer within 60 days before the petition was filed.

☐ No copies of payment advices or other evidence of payment are attached because the joint debtor::
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide copies of all payment advices or other evidence of payment that the joint debtor received from any employer within 60 days before the petition was filed because: ________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2026
Date

/s/ Cheryl Dopp
Cheryl Dopp



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor's signature

Joint debtor's signature (if applicable)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy