**CGFD112** (6/1/2026)

**ORDERED in the Southern District of Florida on July 21, 2026**

**Robert A Mark**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−18789−RAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Cheryl Anne Dopp
8045 Leeburg Pike, Suite 510
tyson, FL 33138

SSN: xxx−xx−7139

# ORDER DISMISSING CASE

On **July 2, 2026**, the debtor was given notice by the clerk of court that the debtor did not file with the petition:

Debtor's Payment Advices

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property

Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

Official Bankruptcy Form 106H, Schedule H: Your Codebtors

Official Bankruptcy Form 106I, Schedule I: Your Income

Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J−2: Expenses for Separate Household of Debtor 2

Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules

Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy

and that this case may be dismissed upon motion or request of the United States trustee (or its delegee) under §§ 707(a)(3), 1112(e), 1307(c)(9), or 1307(c)(10), without further notice or a hearing, if these deficiencies were not cured by **7/16/2026**. On **7/20/2026** the United States trustee (or its delegee) moved for or requested dismissal of this case because the debtor failed to timely cure these deficiencies. Accordingly, under Local Rule 1017−1(b), it is

**ORDERED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee must file a final report before the case is administratively closed.

4. Under Local Rule 1017−1(e), all unpaid fees owed to the clerk − either under 28 U.S.C. § 1930 or any court order − remain due and owing upon dismissal of this case. The unpaid balance of **$0.00** is payable to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.

# # #

The clerk is directed to serve a copy of this order on all parties of record.